UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GEORGE SIGALOS,
                 Plaintiff,      CV 99 3787(ARR)(CLP)

    V.

                              **ORDER**

NEW YORK STATE OFFICE OF MENTAL
RETARDATION AND DEVELOPMENTAL
DISABILITIES,

                 Defendant.
----------------------------------X

It is hereby ordered that the motion schedule in this action is amended as follows: defendant's motion for summary judgment is due September 27, 2005. Plaintiff's response and cross-motion is due October 21, 2005. Defendant's reply and response to cross-motion is due November 21, 2005. Plaintiff's reply is due December 9, 2005.

Dated: New York, New York
       August 29, 2005

                                                U.S.D.J.

cc: Mr. George Sigalos
    William Jaffe, Esq.
    Judge Pollak