By Fax to: 718 260 2386

November 17, 2005

Honorable Allyne R. Ross
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Sigalos v. OMRDD, CV 99-3787 (ARR)(CLP)

Dear Judge Ross,

I am Plaintiff Pro Se in the above-referenced case. I respectfully request an additional extension of the current filing date (November 21, 2005) for Plaintiff's Response to Motion for Summary Judgment and Plaintiff's Cross Motion for Default Judgment. I request that the filing date be extended to December 17, 2005 so that I may finalize Plaintiff's Memorandum of Law and Plaintiff's Cross Motion. Recent personal illness has compromised my effort to complete these briefs and I, therefore, would greatly appreciate the court's kind consideration in granting this request.

I spoke with Mr. Jaffe, Asst. Atty General, this morning and he has given his consent to this extension request. Mr. Jaffe and I worked out a schedule that we feel would be most conducive to all concerned. The proposed new filing dates are:

  a) December 17: Plaintiff's Response to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion due
  b) January 17: Defendant's Response to Plaintiff's Cross Motion and Defendant's reply to Plaintiff's opposition to Motion for Summary Judgment due
  c) January 31: Plaintiff's Reply to Defendant's opposition of Cross Motion due

Thank you for your attention to this matter.

           Very truly yours,
           George Sigalos
           Plaintiff Pro Se

cc by fax to 718-260-2358      718-984-4394
  Honorable Cheryl L. Pollak
  United States Magistrate Judge
cc by fax to 212-416-6075
  Mr. William B. Jaffe, esq.
  Asst. Atty. General

*[Handwritten note:]* The application is granted. Parties should adhere to the schedule above. So ordered.

*[Signature]* ARR   11/17/05
cc: Parties, MJ Pollack