

D+F

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ELIOT SPITZER
Attorney General

Writer's Direct Dial
(212)416-8556

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

January 10, 2006

JAMES B. HENLY
Assistant Attorney General in Cha[rge]
Litigation Bureau

Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sigalos v. OMRDD, CV 99-3787 (ARR)(CLP)

Dear Judge Ross:

This office represents the defendant in the above-referenced action. With plaintiff's consent, I am writing to respectfully request an extension of the schedule for submission of the remaining opposition and reply papers, described below, relating to defendant's motion for summary judgment and plaintiff's cross-motion.

The reason for this request is that I have been ill with the flu. The current motion schedule is as follows: defendant's reply and opposition to plaintiff's cross-motion are due January 17, 2006. Plaintiff's reply in support of his cross-motion is due January 31, 2006.

The proposed revised motion schedule is as follows: Defendant's reply and opposition to plaintiff's cross-motion will be due February 1, 2006. Plaintiff's reply in support of his cross-motion will be due February 16, 2006. There have been no prior requests for this relief. No other deadlines are affected by this request.

The Court's consideration is appreciated.

Respectfully submitted,

William B. Jaffe (WJ9166)
Assistant Attorney General

cc: Mr. George Sigalos

*Application granted. Defendant's reply + opposition shall be filed by Feb. 1, 2006. Plaintiff's reply shall be filed by Feb. 16, 2006. Parties are notified that no further extensions will be granted in this matter.*

*So ordered.*
*1/17/06*

*cc: parties, MJ Pollack*

120 Broadway, New York, N.Y. 10271-0332 • (212) 416-8610 • FAX (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us